```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09965
   WARREN DAVIS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-4121


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/22/2008 and was not confirmed.

     The case was dismissed without confirmation 07/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00         .00            .00
SAXON MORTGAGE SERVICES    SECURED NOT I         .00         .00            .00
WASHINGTON MUTUAL          CURRENT MORTG         .00         .00            .00
WASHINGTON MUTUAL          SECURED NOT I         .00         .00            .00
CAPITAL ONE FINANCE        SECURED NOT I         .00         .00            .00
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED         .00            .00
BANK OF AMERICA NA         UNSECURED          591.65         .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                          .00                   .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 09965 WARREN DAVIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 09965 WARREN DAVIS